UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THUONG VAN TRAN,

    Plaintiff,

    v.                CIV. NO. S-05-0767-LKK-PAN

ORANGE COUNTY HEALTH AUTHORITY,

    Defendant.
_____/

JAMES CLAYWORTH, R.Ph., et al.,

    Plaintiffs,

    v.                CIV. NO. S-03-2110-DFL-PAN

DIANA BONTE, Director,        <u>NON-RELATED CASE ORDER</u>

    Defendant.
_____/

CALIFORNIA MEDICAL ASSOCIATION, et al.,

    Plaintiffs,

    v.                CIV. NO. S-03-2336-DFL-PAN

DIANA BONTE, Director,

    Defendant.
_____/

    A Notice of Related Cases was filed concerning the above-

captioned cases on May 12, 2005.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: 24 May 2005

DAVID F. LEVI
Chief United States District Judge

2