BILL LOCKYER
Attorney General of the State of California
THOMAS R. YANGER
Senior Assistant Attorney General
JULIE WENG-GUTIERREZ
Supervising Deputy Attorney General
State Bar No. 179277
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 445-8223
   Fax: (916) 324-5567
   Email: Julie.WengGutierrez@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CLAYWORTH, et al.,** | Case No. CIV.S-03-02110 DFLPAN |
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | |
| **DIANA M. BONTA, Director of the Department of Health Services, State of California; and DEPARTMENT OF HEALTH SERVICES, State of California,** | Judge: Honorable David F. Levi |
| Defendants. | |

It is hereby ordered that the Stipulation for Dismissal is granted and that this action be dismissed in its entirety as to all parties and all causes of action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys fees.

Dated: December 1, 2006

/s/ David F. Levi
Honorable DAVID F. LEVI
Judge of the United States District Court,
Eastern District of California,
Sacramento Division

03cv2110.o.121.wpd/ SA2003CV1401

[Proposed] Order Granting Stipulation for Dismissal

1